UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Gordon, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Amadeus IT Group, S.A., Amadeus North America, Inc., Amadeus Americas, Inc., Sabre Corporation f/k/a Holdings Corporation, Sabre Holdings Corporation, Sabre GLBL Inc., Sabre Travel International Limited, Travelport Worldwide Limited, and Travelport LP d/b/a Travelport, <br><br> Defendants. | Civ. A. No. 1:15-cv-05457-KPF <br><br> ECF Case |

### DECLARATION OF STEVEN J. KAISER IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE AMENDED COMPLAINT

1. I am an attorney at the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendants Sabre GLBL Inc., Sabre Holdings Corp., and Sabre Travel International Ltd. I have personal knowledge of the following and, if called upon to testify, could and would do so competently as to the accuracy of the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the Transcript of Motion to Dismiss Hearing, *Cornelison v. Visa USA, Inc.*, No. Civ03-1350 (S.D. Cir. Ct. Sept. 28, 2004).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 13, 2016

*/s/ Steven J. Kaiser*
Steven J. Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 974-1554
Fax: (202) 974-1999
skaiser@cgsh.com

*Attorney for Sabre GLBL Inc., Sabre Holdings Corporation, and Sabre Travel Int'l Ltd.*