Failla, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: November 18, 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniel Gordon, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Amadeus IT Group, S.A., et al.,<br><br>Defendants. | No. 1:15-cv-05457 (KPF) |

**STIPULATED ORDER OF DISMISSAL AS TO CERTAIN NAMED PLAINTIFFS PURSUANT TO FED. R. CIV. P. 41(a)**

WHEREAS, on July 14, 2015 the above-captioned action (the "Action") was filed against Defendants Amadeus IT Group, S.A., Amadeus North America, Inc., Amadeus Americas, Inc., Sabre Corporation f/k/a Sabre Holdings Corporation, Sabre Holdings Corporation, Sabre GLBL Inc., Sabre Travel International Limited, Travelport Worldwide Limited, and Travelport LP d/b/a Travelport (collectively, "Defendants");

WHEREAS, on October 2, 2015 an Amended Complaint seeking damages under various state antitrust and consumer protection laws and injunctive relief under the Sherman Act was filed against Defendants by Plaintiffs Steven Abraham, Nina Bartoshevich, Paul Bartoshevich, Michael Binz, Robert Binz V, Winter Birdsong, Gary Boren, Tiffany Brown, Karen Carlet, Diana Carmel, Leslie Clemenson, Tom Clynes, Robert Cohen, Kim Coughlin, Kathleen Davis, Brian DeBruyn, Robert DeVault, Rae Dillon, Scott Divona, Michele Dunham, Stephanie Eide, Linda Ewert, George Fakoury, Janis Fakoury, Samuel Garvin, Daniel Gordon, Michelle Green, Tim Gregory, Sandra Gustafson, Patrick Haag, Eric Halvorson, Teresa Heffernan, Michael Hicks, Brian R. Huffman, Doug Johnson, Moira Kerrigan, George Knudsen, Bruce Kolman, Terri Kruback, Peter Lepari, Andrew Margolick, Thomas Martin, Justin McClinton, Brian

McCrudden, Gregory Melita, Kelly Melita, Jaqueline Molina, Stephen P. Moore, Lisa Moreno, Sophie Mosgrove, Paul Nelson, Anthony Norton, Aja Patterson, Aleksandr Pischanskiy, Regina Point, Joel Ranck, Jeanne N. Rice, Allan Rotman, Eileen Rotman, Michael Sabran, Diana Shead, Robert Shumaker, Nili Sinai-Nathan, Joe Solo, Keegan Stock, Daniel Stone, Kevin Sullivan, Ellen Ullman, Loraine Van Horn, Wendi Lee Voss, Douglas Weil, Lincoln Wheeler, Matthew White, and Barbara Zimmerman (collectively, "Plaintiffs") (Dkt. No. 106);

WHEREAS, on July 6, 2016, the Court issued an opinion and order dismissing Plaintiffs' state law claims for damages on the basis that they were preempted by the Airline Deregulation Act ("ADA") and permitting Plaintiffs' claims for injunctive relief under the Sherman Act to proceed against Defendants (Dkt. No. 170) (the "Dismissal Order");

WHEREAS, in connection with Plaintiffs' Sherman Act claim seeking injunctive relief there exists no need to have a named class representative from each state under which claims were asserted in the Amended Complaint;

WHEREAS, the Plaintiffs wish to proceed in connection with their Sherman Act claim seeking only injunctive relief in the most efficient manner and to avoid the cost and burden of unnecessary discovery;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), and SO ORDERED by the Court, that:

1. The Sherman Act claims of all Plaintiffs except for those who Plaintiffs' Interim Co-Lead Counsel specifically identify (the "Remaining Plaintiffs") shall be dismissed, and only the Remaining Plaintiffs will pursue claims for injunctive relief under the Sherman Act. Plaintiffs' Interim Co-Lead Counsel shall file the appropriate motion with the Court to effectuate

the dismissal of the Sherman Act claims of all Plaintiffs other than Remaining Plaintiffs (the "Dismissed Plaintiffs") within twenty-one (21) days of the date of entry of this Order.

2. The Remaining Plaintiffs shall solely and exclusively prosecute the Sherman Act claim on behalf of the putative injunctive relief class, and shall be the sole and exclusive representatives of such putative class. For avoidance of doubt, no Dismissed Plaintiff shall act at any time hereafter as a representative of any putative Sherman Act injunctive relief class, including in the event that the Remaining Plaintiffs are found to be inadequate representatives of any such putative class.

3. Remaining Plaintiffs shall be subject to discovery consistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's orders, including without limitation, the Requests for Production of Documents and Interrogatories served by Defendants on each Plaintiff, dated October 5, 2016 (the "Pending Discovery"). Each Remaining Plaintiff shall respond to the Pending Discovery within twenty-one (21) days of the date of entry of this Order. Plaintiffs' Interim Co-Lead Counsel will make a good faith effort to produce documents responsive to Defendants' Requests for Production of Documents and respond to Defendants' First Set of Interrogatories on a rolling basis and in advance of the twenty-one (21) day deadline set herein.

4. Nothing herein shall prohibit a Dismissed Plaintiff from seeking to rejoin this Action as a named Plaintiff solely with respect to the state law claims for money damages dismissed by this Court by the Dismissal Order should such claims be reinstated following a decision by a Court of Appeals reversing or remanding for further consideration the Dismissal Order. Any such claims of the Dismissed Plaintiffs shall be tolled pending a decision by a Court of Appeals reversing or remanding for further consideration the Dismissal Order. Defendants

agree not to oppose a motion by the Dismissed Plaintiffs seeking to rejoin this Action as a named Plaintiff with respect to the state law claims following the reinstatement, if any, of such claims.

5. Should a Dismissed Plaintiff seek to rejoin this Action following any reversal of the Court's Dismissal Order, Defendants shall be permitted to take discovery of such Dismissed Plaintiff consistent with the Federal Rules of Civil Procedure, the Local Rules of this Court, and this Court's orders.

6. In the event any Dismissed Plaintiff rejoins this Action following a reversal or remand for further consideration of the Court's Dismissal Order, Defendants shall not be prohibited from opposing certification of any putative class seeking damages under state law, including on the basis of the adequacy of any Dismissed Plaintiff as a representative of any such class.

Dated: November 16, 2016

Respectfully submitted,

Robert G. Eisler
Caitlin M. Moyna
GRANT & EISENHOFER, PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
reisler@gelaw.com
cmoyna@gelaw.com

Richard S. Taffet
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
Telephone: (212) 309-6000
richard.taffet@morganlewis.com

R. Brendan Fee
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
bfee@morganlewis.com

*Counsel for Defendants Travelport LP and Travelport Worldwide Limited*

Vincent J. Esades
Renae D. Steiner
James W. Anderson
Ian F. McFarland
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
rsteiner@heinsmills.com
janderson@heinsmills.com
imcfarland@heinsmills.com

Joseph J. DePalma
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
jdepalma@litedepalma.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
& MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Edward B. Schwartz
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington DC 20036
Telephone: (202) 429-3000
eschwartz@steptoe.com
Evan Glassman
STEPTOE & JOHNSON, LLP
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
eglassman@steptoe.com

David L. Meyer
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20016
Telephone: (202) 887-1519
dmeyer@mofo.com

Michael B. Miller
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 468-8009
mbmiller@mofo.com

*Counsel for Defendants Amadeus IT Group, S.A., Amadeus Americas, Inc. and Amadeus North America, Inc.*

[signature]
George S. Cary
Steven J. Kaiser
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
gcary@cgsh.com
skaiser@cgsh.com

*Counsel for Defendants Sabre Corporation, Sabre Holdings Corporation, Sabre GLBL Inc., and Sabre Travel International Limited*

Joseph R. Saveri
Joshua P. Davis
Ryan J. McEwan
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
rmcewan@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

SO ORDERED, this 18th day of November, 2016.

[signature]
The Honorable Katherine Polk Failla
United States District Judge

Those Plaintiffs who are not included among the Remaining Plaintiffs will be dismissed by separate order of the Court, pursuant to paragraph 1 of this stipulation.