UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, *et al.*,<br><br>                        Plaintiffs,<br><br>              v.<br><br>AMADEUS IT GROUP, S.A., *et al*,<br><br>                        Defendants. | Civil Action No. 1:15-cv-05457(KPF) |

**MOTION TO DISMISS NAMED PLAINTIFF KIM COUGHLIN PURSUANT
TO ENDORSED STIPULATED ORDER DATED NOVEMBER 18, 2016**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to this Court's endorsed Stipulated Order of Dismissal as to Certain Named Plaintiff Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Kim Coughlin (the "Moving Plaintiff") hereby moves this Court for an order dismissing her from this Action.

    WHEREAS, on July 6, 2016, this Court issued an opinion and order which, among other things, dismissed the Moving Plaintiffs' state law claims for damages against Defendants ("July 16, 2016 Order") (Dkt. No. 170), but which permitted the Moving Plaintiffs to rejoin this Action as a named Plaintiff with respect to the state law claims for money damages should the dismissed claims be reinstated following a decision by the Court of Appeals reversing or remanding for further consideration the July 16, 2016 Order; and

    WHEREAS, on November 18, 2016, the parties to this Action filed their Stipulated Order of Dismissal as to Certain Named Plaintiffs Pursuant to Fed. R. Civ. P. 41(a) ("Stipulated Order") (Dkt. No. 190), which provided for dismissal of those plaintiffs who were affected by the Court's July 6, 2016 Order, stating in part, "The Sherman Act claims of all Plaintiffs except for those Plaintiffs' Interim Co-Lead Counsel specifically identify . . . shall be dismissed . . . .

Plaintiffs' Interim Co-Lead Counsel shall file the appropriate motion with the Court to effectuate the dismissal of the Sherman Act claims of all Plaintiffs other than the Remaining Plaintiffs . . . within twenty-one (21) days of the entry of this Order." (Dkt. No. 190, ¶1); and

WHEREAS, on November 18, 2016, this Court did "SO ORDER[]" the Stipulated Order, and further advised that "[t]hose Plaintiffs who are not included among the Remaining Plaintiffs will be dismissed by separate order of the Court, pursuant to paragraph 1 of this stipulation" (Dkt. No. 190);

NOW THEREFORE, Plaintiff Kim Coughlin seeks an order of this Court dismissing her from this Action with prejudice.

Dated: January 31, 2017

/s/ Robert G. Eisler
Robert G. Eisler (Bar #RG1398)
Caitlin M. Moyna (Bar #CM3278)
GRANT & EISENHOFER, PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
cmoyna@gelaw.com

Vincent J. Esades
Renae D. Steiner
James W. Anderson
Ian F. McFarland
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
rsteiner@heinsmills.com
janderson@heinsmills.com
imcfarland@heinsmills.com

Joseph J. DePalma
LITE DEPALMA GREENBERG, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
jdepalma@litedepalma.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
William H. London
Michael E. Moskovitz
FREED KANNER LONDON
    & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com
wlondon@fklmlaw.com
mmoskovitz@fklmlaw.com

Joseph R. Saveri
Joshua P. Davis
Ryan J. McEwan
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
jdavis@saverilawfirm.com
rmcewan@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

    I, Robert G. Eisler, hereby certify that on January 31, 2017, I caused the foregoing Motion to Dismiss Named Plaintiff Kim Coughlin Pursuant to Endorsed Stipulated Order, Dated November 18, 2016 to be filed and served electronically upon all counsel of record via the Court's CM/ECF system.

Dated:  January 31, 2017

                                             /s/*Robert G. Eisler*
                                           Robert G. Eisler (Bar #RE1398)