UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, *et al.*, <br>       Plaintiffs, <br><br>    v. <br><br> AMADEUS IT GROUP, S.A., *et al*, <br><br>       Defendants. | Civil Action No. 1:15-cv-05457(KPF) |

**MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS TRAVELPORT WORLDWIDE LIMITED AND TRAVELPORT LP**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for an the entry of an order certifying a settlement class, granting preliminary approval of a settlement with Defendants Travelport Worldwide Limited and Travelport LP, appointing settlement class counsel, approving the proposed notice plan, and setting a hearing for final approval of the settlement.  The specific grounds for this motion are set forth more fully in the memorandum filed by Plaintiffs contemporaneously herewith.

Dated:  November 22, 2017

               */s/ Robert G. Eisler*
               Robert G. Eisler (Bar #RG1398)
               Caitlin M. Moyna (Bar #CM3278)
               GRANT & EISENHOFER, PA
               485 Lexington Avenue, 29th Floor
               New York, NY 10017
               Telephone: (646) 722-8500
               Fax: (646) 722-8501
               reisler@gelaw.com
               cmoyna@gelaw.com

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
FREED KANNER LONDON
 & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

## **CERTIFICATE OF SERVICE**

  I, Robert G. Eisler, hereby certify that on November 22, 2017, I caused the foregoing Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement with Defendants Travelport Worldwide Limited and Travelport LP to be filed and served electronically upon all counsel of record via this Court's CM/ECF system.

Dated:  November 22, 2017

                */s/ Robert G. Eisler*
                Robert G. Eisler (Bar #RE1398)