USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 28, 2017

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

DANIEL GORDON, *et al.*,

              Plaintiffs,

       v.

AMADEUS IT GROUP, S.A., *et al*,

              Defendants.

Civil Action No. 1:15-cv-05457(KPF)

## ORDER GRANTING PLAINTIFFS' MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS TRAVELPORT WORLDWIDE LIMITED AND TRAVELPORT LP

WHEREAS, on November 22, 2017, Plaintiffs moved for certification of a settlement class and preliminary approval of class action settlement with Defendants Travelport Worldwide Limited and Travelport LP;

WHEREAS, having fully considered Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement with Defendants Travelport Worldwide Limited and Travelport LP, and all supporting documentation, this Court grants Plaintiffs' Motion in its entirety;

It is hereby ORDERED as follows:

1.    An injunctive Settlement Class pursuant to Fed. R. Civ. P. 23(b)(2) consisting of: "All residents of the United States who purchase or purchased an airline passenger ticket from an Airline between June 1, 2006 and the date Class Notice is issued pursuant to Fed. R. Civ. P. 23(e)" is HEREBY CERTIFIED;

2. The settlement between Plaintiffs and Defendants proposed Travelport Worldwide Limited and Travelport LP is PRELIMINARILY APPROVED;

3. Plaintiffs' Interim Co-Lead Counsel is APPOINTED as Settlement Class Counsel;

4. The proposed notice plan is APPROVED; and

5. The proposed final approval hearing schedule is APPROVED and a final approval hearing date is set for April 23, 2018, at 11:00 a.m.

SO ORDERED this 28th day of December, 2017.

_____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK