```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
DANIEL GORDON, et al.,                                :
                                                      :
                              Plaintiffs,             :    15 Civ. 5457 (KPF)
                                                      :
                  v.                                  :        ORDER
                                                      :
AMADEUS IT GROUP, S.A., et al.,                       :
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 4, 2018

KATHERINE POLK FAILLA, District Judge:

Due to inclement weather conditions, the Southern District of New York closed on January 4, 2018, the date upon which a pretrial conference was scheduled for this matter. Accordingly, that conference is hereby ADJOURNED to January 8, 2018, at 11:00 a.m. Prior to the conference, Mr. Meyer for the Amadeus Defendants and Mr. Estades for Plaintiffs shall consolidate their calls to a single telephone line before calling the Court at (212) 805-0166; alternatively, these attorneys may provide the Court with a phone number to access a conference bridge between them during the pretrial conference. The other attorneys representing the parties must appear in person.

SO ORDERED.

Dated:   January 4, 2018
         New York, New York

                                        _____
                                           KATHERINE POLK FAILLA
                                           United States District Judge