UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMADEUS IT GROUP, S.A., *et al*,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:15-cv-05457(KPF) |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS TRAVELPORT WORLDWIDE LIMITED AND TRAVELPORT LP**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for the entry of an order approving the settlement as fair, reasonable, and adequate, approving the payment of litigation expenses, finding the dissemination of notice to be in accordance with the Court-approved notice program and Rule 23 and due process, and certifying the Settlement Class.

The specific grounds for this motion are set forth more fully in the memorandum filed by Plaintiffs contemporaneously herewith.

Dated:  March 23, 2018

　　　　　　　　　　　　　　　　　　　　　*/s/ Robert G. Eisler*
　　　　　　　　　　　　　　　　　　　　　Robert G. Eisler (Bar #RG1398)
　　　　　　　　　　　　　　　　　　　　　Caitlin M. Moyna (Bar #CM3278)
　　　　　　　　　　　　　　　　　　　　　GRANT & EISENHOFER PA
　　　　　　　　　　　　　　　　　　　　　485 Lexington Avenue, 29th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 722-8500
　　　　　　　　　　　　　　　　　　　　　Fax: (646) 722-8501
　　　　　　　　　　　　　　　　　　　　　reisler@gelaw.com
　　　　　　　　　　　　　　　　　　　　　cmoyna@gelaw.com

Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
FREED KANNER LONDON
& MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*