USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 4, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, *et al.*, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>AMADEUS IT GROUP, S.A., *et al.*,<br><br>　　　　　　　　　Defendants. | No. 15 Civ. 5457 |

## FINAL JUDGMENT AS TO TRAVELPORT ONLY

Pursuant to Federal Rule of Civil Procedure 58, it is hereby ADJUDGED and DECREED, as follows:

1.　On December 28, 2017, the Court entered an Order certifying a Settlement Class and granting preliminary approval of the settlement between Plaintiffs and Travelport Worldwide Limited and Travelport LP d/b/a ("Travelport") (the "Preliminary Approval Order") (Dkt. No. 264).

2.　On April 23, 2018, the Court entered an Order granting final approval to the Settlement (the "Final Order") (Dkt. No. 290).

3.　By reason of the Court's Final Order, which along with the terms of the Settlement Agreement is incorporated herein by reference, judgment is entered in favor of Travelport on all claims and the Litigation is dismissed with prejudice as to Travelport only.

　　　　　　　　　SO ORDERED this 4th day of May, 2018

　　　　　　　　　_____
　　　　　　　　　The Honorable Katherine Polk Failla, U.S.D.J.