UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, et al._____Plaintiffs,_____v.___AMADEUS IT GROUP, S.A., et al.,_____Defendants. | Civ. A. No. 1:15-cv-05457 (KPF)___ECF Case |

**MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS AMADEUS IT GROUP, S.A., AMADEUS NORTH AMERICA, INC., AND AMADEUS AMERICAS, INC.**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for entry of an order certifying a settlement class, granting preliminary approval of a settlement with Defendants Amadeus IT Group, S.A., Amadeus North America, Inc., and Amadeus Americas, Inc., appointing settlement class counsel, approving the proposed notice plan, and setting a hearing for final approval of the settlement. The specific grounds for this motion are set forth more fully in the memorandum filed by Plaintiffs contemporaneously herewith.

Dated:  July 23, 2018

Respectfully submitted,

*/s/ Robert G. Eisler*
Robert G. Eisler (Bar #RG1398)
Caitlin M. Moyna (Bar #CM3278)
GRANT & EISENHOFER PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
cmoyna@gelaw.com

116509

Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
janderson@heinsmills.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
FREED KANNER LONDON
 & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
 dmillen@fklmlaw.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

2

## **CERTIFICATE OF SERVICE**

      I, Robert G. Eisler, hereby certify that on July 23, 2018, I caused the foregoing Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement with Defendants Amadeus IT Group, S.A., Amadeus North America, Inc., and Amadeus Americas, Inc. to be filed and served electronically upon all counsel of record via this Court's CM/ECF system.

Dated: July 23, 2018                                      */s/ Robert G. Eisler*
                                                                       Robert G. Eisler (Bar #RE1398)