UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GORDON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMADEUS IT GROUP, S.A., et al., <br><br> Defendants. | Civ. A. No. 1:15-cv-05457 (KPF) <br><br> ECF Case |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, SERVICE AWARDS TO CLASS REPRESENTATIVES AND REIMBURSEMENT OF EXPENSES**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for the entry of an Order: (1) approving awards of attorneys' fees and expenses to their attorneys Heins Mills & Olson, P.L.C., Lite DePalma Greenberg, LLC, Freed Kanner London & Millen, LLC, Grant & Eisenhofer P.A., and Joseph Saveri Law Firm, Inc.; and (2) granting service awards to themselves, as class representatives.

The specific grounds for this motion are set forth more fully in the memorandum filed by Plaintiffs contemporaneously herewith.

Dated: September 28, 2018                    Respectfully submitted,

                                             */s/ Robert G. Eisler*
                                             Robert G. Eisler (Bar #RG1398)
                                             Caitlin M. Moyna (Bar #CM3278)
                                             GRANT & EISENHOFER P.A.
                                             485 Lexington Avenue, 29th Floor
                                             New York, NY 10017
                                             Telephone: (646) 722-8500
                                             Fax: (646) 722-8501
                                             reisler@gelaw.com
                                             cmoyna@gelaw.com

Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
janderson@heinsmills.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
FREED KANNER LONDON
 & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
 dmillen@fklmlaw.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

2