UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Robert Binz V, Michael Binz, Leslie Clemenson, Thomas Clynes, Andrew Margolick, Gregory Melita, and Nili Sinai-Nathan,<br><br>        Plaintiffs,<br><br>    v.<br><br>AMADEUS IT GROUP, S.A., et al.,<br><br>        Defendants. | Civ. A. No. 1:15-cv-05457 (KPF)<br><br>ECF Case |

**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANTS AMADEUS IT GROUP, S.A., AMADEUS NORTH AMERICA, INC., AND AMADEUS AMERICAS, INC.**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby move this Court for the Entry of an Order approving the Settlement as fair, reasonable, and adequate, approving the payment of litigation expenses, finding the dissemination of notice to be in accordance with the Court-approved notice program and Rule 23 and due process, and certifying the Settlement Class.

The specific grounds for this motion are set forth more fully in the memorandum filed by Plaintiffs contemporaneously herewith.

Dated: November 13, 2018

Respectfully submitted,

/s/ Robert G. Eisler
Robert G. Eisler (Bar #RG1398)
Caitlin M. Moyna (Bar #CM3278)
GRANT & EISENHOFER, PA
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500

Fax: (646) 722-8501
reisler@gelaw.com
cmoyna@gelaw.com

Vincent J. Esades
James W. Anderson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
vesades@heinsmills.com
janderson@heinsmills.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG, LLC
1521 Locust Street, 7th Floor
Philadelphia, PA 19102
Telephone: (267) 519-8306
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Douglas A. Millen
FREED KANNER LONDON
  & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
dmillen@fklmlaw.com

Joseph R. Saveri
JOSEPH SAVERI LAW FIRM, INC.
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com

*Plaintiffs' Interim Co-Lead Counsel*

2