UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL GORDON, et al.,

               Plaintiffs,

   v.

AMADEUS IT GROUP, S.A., et al.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: November 27, 2018
```

15 Civ. 05457 (KPF)

## ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, SERVICE AWARDS TO CLASS REPRESENTATIVES AND REIMBURSEMENT OF EXPENSES

Upon review and consideration of Plaintiffs' Motion for an Award of Attorneys' Fees, Service Awards to Class Representatives and Reimbursement of Expenses and exhibits thereto, and any hearing thereon, IT IS HEREBY ORDERED and DECREED that said motion is GRANTED as follows:

1. Class Counsel is hereby awarded attorneys' fees and reasonable expenses incurred in prosecuting the Action pursuant to Federal Rule of Civil Procedure 23(h), in the amount of $3,000,000.00, which the Court finds to be fair and reasonable. The attorneys' fees and expenses so awarded shall be paid to Class Counsel pursuant to the timing requirements described in the Settlement Agreement.

2. Named Plaintiffs Robert Binz, Michael Binz, Leslie Clemson, Tom Clynes, Andrew Margolick, Gregory Melita, and Nili Sinai-Nathan are hereby awarded service awards in the amount of $500 each, which the Court finds to be fair and reasonable. The service awards shall be paid from the $3,000,000.00 fund pursuant to the terms of the Settlement Agreement.

SO ORDERED this 27th day of November, 2018

_____
The Honorable Katherine Polk Failla, U.S.D.J.