

**MEMO ENDORSED**

**G&E**

Grant & Eisenhofer P.A.

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

30 N. LaSalle Street, Suite 2350
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

485 Lexington Avenue  New York, NY 10017  Tel: 646-722-8500  Fax: 646-722-8501

WRITER'S DIRECT DIAL NUMBER: +1-302-622-7030

E-MAIL: reisler@gelaw.com

January 24, 2019

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

  Re: *Binz, et al. v. Amadeus IT Group, S.A., et al.*, No. 1:15-cv-05457 (KPF)

Dear Judge Failla:

  We represent Plaintiffs in the above-referenced action and write in response to Sabre's Letter Motion to Stay Expert Discovery (ECF No. 362). Sabre's request for a stay is unwarranted as it is based on a litigation posture that Sabre has known about for several months. On October 5, 2018, the Court entered an Order to allow this case to proceed to trial as an individual action and set a schedule for expert discovery, including the timeframe for expert depositions. ECF No. 323. Sabre did not object at the time. Indeed, it submitted that joint proposed expert discovery schedule. ECF No. 322. After Plaintiffs served the expert report of Dennis W. Carlton, Ph.D., the parties agreed on January 9, 2019, at Sabre's request, that Sabre would depose Dr. Carlton on February 6, 2019. Nothing has changed that necessitates a stay.

  Plaintiffs will separately oppose Sabre's underlying motion to disqualify the firms appointed as Class Counsel. That motion is meritless because there is complete alignment between Class Counsel and Plaintiffs—both have been appointed to represent the Amadeus and Travelport Settlement Classes and both seek to fulfill those duties by pursuing injunctive claims against Sabre.

The Honorable Katherine Polk Failla
January 24, 2019
Page 2

The Honorable Katherine Polk Failla
January 24, 2019
Page 2

      We remain available should Your Honor have any questions.

                                      Respectfully,
                                      /s/ *Robert G. Eisler*
                                      Robert G. Eisler (Bar #RE1398)
                                      Caitlin M. Moyna (Bar #CM3278)
                                      GRANT & EISENHOFER P.A.
                                      485 Lexington Avenue
                                      New York, New York
                                      Tel:  (646) 722-8500
                                      Fax:  (646) 722-8501

cc:      All Counsel of Record (via ECF)

---

```
The Court is in receipt of Defendant Sabre's letter, dated
January 18, 2019 (Dkt. #362), and Plaintiffs' reply thereto,
dated January 24, 2019 (Dkt. #368). After carefully considering
both letters, the Court ORDERS discovery to move forward, pending
the possibility of further orders from the Court.


Dated: January 24, 2019                SO ORDERED.
       New York, New York

                                       [signature: Katherine Polk Failla]

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```